UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

Order Dismissing With Prejudice

**This Document Relates to:**

*Ashley Bopp v. Bayer Corp., et al.* No. 3:10-cv-12660-DRH-PMF

*Jennie Coachman v. Bayer Corp., et al.* No. 3:10-cv-11016-DRH-PMF

*Cora Gaudio v. Bayer Corp., et al.* No. 3:10-cv-10815-DRH-PMF

*Kathryn Harris v. Bayer Corp., et al.* No. 3:11-cv-10249-DRH-PMF

*Nina Kendrick v. Bayer Corp., et al.* No. 3:10-cv-13586-DRH-PMF

*Meagan Moore v. Bayer Corp., et al.* No. 3:10-cv-12696-DRH-PMF

*Nicole Powell v. Bayer Corp., et al.* No. 3:10-cv-11030-DRH-PMF

*Janessa Turner v. Bayer HealthCare Pharmaceuticals, Inc., et al.* No. 3:10-cv-12555-DRH-PMF

*Tereasa Turner v. Bayer Corp., et al.* No. 3:10-cv-11105-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated October 24, 2011, plaintiffs' complaints are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: _____/s/*Sandy Pannier*_____
**Deputy Clerk**

Dated: October 24, 2011

APPROVED: /s/ David R. Herndon
   CHIEF JUDGE
   U. S. DISTRICT COURT

Digitally signed by David R. Herndon
Date: 2011.10.24 11:49:35 -05'00'